IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES NEW, | * |
| Petitioner, | * |
| v. | Case No. 1:20-CV-139 (LAG)(TQL) |
| | * |
| US SUPREME COURT, et al., | |
| | * |
| Respondents. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated December 10, 2020, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of December, 2020.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk